# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Engelmayer, Paul A. | U.S. District Court, Southern District of New York | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2018 to 12/31/2018 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY
10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Co-Executor | Estate #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 24

**Name of Person Reporting**

Engelmayer, Paul A.

**Date of Report**

05/10/2019

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Library of America, consultant pay |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 01/09/18-01/10/18 | Cambridge, MA | Instructor, Problem Solving Workshop | Transportation, Meals and Lodging |
| 2. | Harvard Law School | 01/15/18-01/20/18 | Cambridge, MA | Instructor, Trial Advocacy Workshop | Transportation, Meals and Lodging |
| 3. | Supreme Court Historical Society | 03/06/18-03/07/18 | Washington, DC | Panelist | Transportation, Meals and Lodging |
| 4. | Harvard Law Review | 03/29/18 | Cambridge, MA | Trustees Meeting | Transportation, Meals and Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Engelmayer, Paul A. | 05/10/2019 |

| 5. | Judicial Conference of the United States | 06/12/18-06/15/18 | San Diego, CA | Attendee | Transportation, Meals and Lodging |
| --- | --- | --- | --- | --- | --- |
| 6. | Harvard Law Review | 12/6/18-12/7/18 | Cambridge, MA | Trustees Meeting | Transportation, Meals and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 3. Alerian MLP ETF | | None | J | T | Sold | 03/20/18 | N | A | |
| 4. Coho Relative Value Equity Advisor | F | Int./Div. | O | T | | | | | |
| 5. iShares MSCI Emerging Market Index Fund | B | Int./Div. | L | T | | | | | |
| 6. Eaton Vance Structured Emerging Markets I | D | Int./Div. | N | T | | | | | |
| 7. FPA Crescent | E | Int./Div. | N | T | Sold (part) | 10/26/18 | J | A | |
| 8. First Eagle Global Inst CL I | D | Int./Div. | M | T | | | | | |
| 9. Salient MLP & Energy Infrastructure I | D | Int./Div. | N | T | Buy (add'l) | 03/20/18 | N | | |
| 10. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 11. WCM Focused International Growth Instl | D | Int./Div. | M | T | | | | | |
| 12. Brokerage #2 (H) | | | | | | | | | |
| 13. Schwab NY AMT Tax-Free Money Fund | C | Int./Div. | N | T | | | | | |
| 14. Brokerage #4 (H) | | | | | | | | | |
| 15. Alerian MLP ETF | | None | | | Sold | 03/20/18 | L | A | |
| 16. BBH Core Select N | | None | | | Sold | 12/07/18 | P1 | F | |
| 17. Berkshire Hathaway Inc Del A | | None | P2 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 19. Coho Relative Value Equity Advisor | C | Int./Div. | M | T | Buy (add'l) | 12/10/18 | M | | |
| 20. First Eagle Global Inst CL I | F | Int./Div. | O | T | | | | | |
| 21. FPA Crescent | D | Int./Div. | M | T | | | | | |
| 22. JPMorgan Strategic Income Opportunities Fund I Class | D | Int./Div. | N | T | | | | | |
| 23. Parnassus Core Equity Institutional | E | Int./Div. | P1 | T | Buy (add'l) | 12/10/18 | O | | |
| 24. Salient MLP & Energy Infrastructure I | C | Int./Div. | L | T | Buy (add'l) | 03/20/18 | L | | |
| 25. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | N | T | | | | | |
| 26. WCM Focused International Growth Instl | E | Int./Div. | N | T | | | | | |
| 27. WisdomTree US LargeCap Dividend ETF | E | Int./Div. | O | T | | | | | |
| 28. Brokerage #5 (H) | | | | | | | | | |
| 29. Brookhaven NY Go Ser Bds Ser 2017 4% 04/15/2026 (113152XN7) | D | Int./Div. | M | T | | | | | |
| 30. Erie Cnty Ny Indl Dev Agy Sch Fac 5% 05/01/2026 (29509PJF7) | B | Int./Div. | L | T | | | | | |
| 31. Hudson Yds Infrastructure Corp 5% 02/15/2029 (44420RAQ3) | C | Int./Div. | M | T | | | | | |
| 32. Long Island Pwr Authn Y Elec Sys Rev (5426902H4) | C | Int./Div. | M | T | | | | | |
| 33. Met Transprtn Auth NY Revenue 5% 11/15/2026 (59261APW1) | C | Int./Div. | L | T | | | | | |
| 34. Metropolitan Trans Auth NY Rev 5% 11/15/2017 (59261AJM0) | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metropolitan Transn Auth N Y Dedicated (59259NR54) | D | Int./Div. | M | T | | | | | |
| 36. Metropolitan Transn Auth N Y Rev 5% 11/15/2028 (59261ANL7) | C | Int./Div. | M | T | | | | | |
| 37. Metropolitan Transn Auth NY Dedicated (59259N2G7) | C | Int./Div. | L | T | | | | | |
| 38. Metropolitan Transn Auth NY Rev (59259Y6K0) | | None | | | Sold (part) | 04/02/18 | M | A | |
| 39. Metropolitan Transn Auth Ny Rev 5% 11/15/2028 (59259Y5T2) | A | Int./Div. | K | T | Buy | 04/04/18 | K | | |
| 40. Metropolitan Transn Auth Ny Rev 5% 11/15/2029 (59261APZ4) | C | Int./Div. | M | T | Buy | 03/06/18 | M | | |
| 41. New York City Transitional (64971QXQ1) | C | Int./Div. | M | T | | | | | |
| 42. New York City Transitional Fin 5% 08/01/2029 (64971WR36) | C | Int./Div. | L | T | | | | | |
| 43. New York N Y Go Bds Ser. H (64966JJ80) | B | Int./Div. | L | T | | | | | |
| 44. New York Ny City Mun Wtr Fin Auth 5% 06/15/2029 (64972GQT4) | B | Int./Div. | L | T | Buy | 04/05/18 | L | | |
| 45. New York NY City Transitional Fin Auth Rev Future Tax Secured Subord | C | Int./Div. | L | T | | | | | |
| 46. New York St Dorm Auth Revs St (64990HMQ0) | C | Int./Div. | M | T | | | | | |
| 47. New York St Dorm Auth Revs St (64990HPC8) | | None | | | Sold | 08/21/18 | L | A | |
| 48. New York St Dorm Auth Sales Tax Rev (64990AAL9) | C | Int./Div. | M | T | | | | | |
| 49. New York St Dorm Auth St Pers Income (64990ECG0) | C | Int./Div. | L | T | | | | | |
| 50. New York St Dorm Auth St Pers Income (64990EDF1) | D | Int./Div. | M | T | | | | | |
| 51. New York St Dorm Auth St Pers Income (64990EX85) | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York St Dorm Auth St Pers Income Rev Bds 5% 02/15/2028 (64990E4V6) | C | Int./Div. | M | T | | | | | |
| 53. New York St Twy Authgen Rev Gen Rev Bds (650009YC1) | C | Int./Div. | M | T | | | | | |
| 54. New York St. Dorm Auth Sales Tax 5% 03/15/2031 (64990AFB6) | B | Int./Div. | K | T | | | | | |
| 55. New York St. Dorm Auth St. Pers Income 5% 02/15/2027 (64990E4U8) | C | Int./Div. | M | T | | | | | |
| 56. New York St. Urban Dev 5% 03/15/2029 (6500353S5) | C | Int./Div. | M | T | | | | | |
| 57. Sales Tax Asset Receivable Corp NY 5% 10/15/2028 (794665FQ7) | A | Int./Div. | L | T | Buy (add'l) | 08/21/18 | L | | |
| 58. Triborough Brdg & Tunl Auth N Y Revs 05 (89602NYB4) | C | Int./Div. | L | T | | | | | |
| 59. Triborough Brdg & Tunl Auth N Y Revs 05 (89602NZE7) | C | Int./Div. | L | T | | | | | |
| 60. Triborough Brdg & Tunl Auth Ny 4% 11/15/2027 (89602RCJ2) | | None | | | Sold | 03/06/18 | M | A | |
| 61. Triborough Brdg & Tunl Auth NY 5% 11/15/2027 (89602NH64) | C | Int./Div. | L | T | Sold (part) | 04/02/18 | K | A | |
| 62. IRA #1 Roth 1 (H) | | | | | | | | | |
| 63. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 64. BBH Core Select N | D | Int./Div. | K | T | | | | | |
| 65. Carillon Reams Unconstrained Bond I | A | Int./Div. | K | T | | | | | |
| 66. First Eagle Global Inst CL I | A | Int./Div. | J | T | Buy (add'l) | 09/12/18 | J | | |
| 67. Salient MLP & Energy Infrastructure I | A | Int./Div. | J | T | Buy (add'l) | 07/17/18 | J | | |
| 68. IRA #1 Roth 2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 70. BBH Core Select N | D | Int./Div. | K | T | | | | | |
| 71. Salient MLP & Energy Infrastructure I | B | Int./Div. | K | T | | | | | |
| 72. WCM Focused International Growth Instl | B | Int./Div. | K | T | | | | | |
| 73. IRA #3 (H) | | | | | | | | | |
| 74. Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 75. BBH Core Select N | D | Int./Div. | K | T | | | | | |
| 76. Carillon Reams Unconstrained Bond I | A | Int./Div. | K | T | | | | | |
| 77. First Eagle Global Inst CL I | A | Int./Div. | J | T | Sold (part) | 09/12/18 | J | | |
| 78. Salient MLP & Energy Infrastructure I | A | Int./Div. | J | T | Sold (part) | 07/17/18 | J | | |
| 79. IRA #4 (H) | | | | | | | | | |
| 80. Carillon Reams Unconstrained Bond I | C | Int./Div. | M | T | Sold (part) | 09/13/18 | J | A | |
| 81. Salient MLP & Energy Infrastructure I | C | Int./Div. | K | T | | | | | |
| 82. IRA #5 (H) | | | | | | | | | |
| 83. Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 84. Carillon Reams Unconstrained Bond I | A | Int./Div. | K | T | Sold (part) | 09/13/18 | J | A | |
| 85. IRA #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CapitalSpring Investment Partners V Parallel III, LP | A | Distribution | M | T | | | | | |
| 87. FPA Crescent | E | Int./Div. | M | T | | | | | |
| 88. JPMorgan Strategic Income Opportunities Fund I Class | D | Int./Div. | M | T | | | | | |
| 89. BlackGold Opportunity Offshore Fund, LTD | | None | K | T | Sold | 09/30/18 | N | E | |
| 90. Trust #1 (H) | | | | | | | | | |
| 91. BBH Core Select N | D | Int./Div. | K | T | | | | | |
| 92. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 93. BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | | | | | |
| 94. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 95. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |
| 96. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 97. FPA Crescent | B | Int./Div. | K | T | | | | | |
| 98. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 99. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 100. Templeton Global Bond Fund Advisor Class | A | Int./Div. | J | T | | | | | |
| 101. WCM Focused International Growth Instl | A | Int./Div. | K | T | | | | | |
| 102. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |
| 104. Trust #2 (H) | | | | | | | | | |
| 105. BBH Core Select N | C | Int./Div. | J | T | | | | | |
| 106. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 107. BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | | | | | |
| 108. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 109. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |
| 110. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 111. FPA Crescent | A | Int./Div. | J | T | | | | | |
| 112. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 113. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 114. Templeton Global Bond Fund Advisor Class | A | Int./Div. | J | T | | | | | |
| 115. WCM Focused International Growth Instl | A | Int./Div. | J | T | | | | | |
| 116. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |
| 117. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |
| 118. UTMA #3 (H) | | | | | | | | | |
| 119. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 121. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 122. Templeton Global Bond Fund Advisor Class | B | Int./Div. | K | T | | | | | |
| 123. WCM Focused International Growth Instl | A | Int./Div. | J | T | | | | | |
| 124. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |
| 125. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |
| 126. UTMA #4 (H) | | | | | | | | | |
| 127. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 128. Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 129. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 130. Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 131. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |
| 132. 529 #1 (H) | | | | | | | | | |
| 133. Growth Stock Index Portfolio | | None | K | T | | | | | |
| 134. Value Stock Index Portfolio | | None | J | T | | | | | |
| 135. Inflation-Protected Securities Portfolio | | None | L | T | | | | | |
| 136. Interest Accumulation Portfolio | | None | L | T | Sold (part) | 01/26/18 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 03/05/18 | J | | |
| 138. | | | | | Sold (part) | 09/10/18 | J | | |
| 139. | | | | | Sold (part) | 09/17/18 | J | | |
| 140. | | | | | Sold (part) | 09/20/18 | J | | |
| 141.  529 #2 (H) | | | | | | | | | |
| 142.  Aggressive Growth Portfolio | None | L | T | | Sold (part) | 07/09/18 | J | | |
| 143. | | | | | Sold (part) | 12/13/18 | J | | |
| 144.  Developed Markets Index Portfolio | None | J | T | | Sold (part) | 07/09/18 | J | | |
| 145. | | | | | Sold (part) | 12/13/18 | J | | |
| 146.  Mid-Cap Stock Index Portfolio | None | J | T | | Sold (part) | 07/09/18 | J | | |
| 147. | | | | | Sold (part) | 12/13/18 | J | | |
| 148.  Interest Accumulation Portfolio | None | K | T | | Sold (part) | 07/09/18 | J | | |
| 149. | | | | | Sold (part) | 07/09/18 | J | | |
| 150. | | | | | Sold (part) | 12/13/18 | J | | |
| 151. | | | | | Sold (part) | 12/13/18 | J | | |
| 152.  529 #3 (H) | | | | | | | | | |
| 153.  Aggressive Growth Portfolio | None | K | T | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Developed Markets Index Portfolio | | None | K | T | | | | | |
| 155. Mid-Cap Stock Index Portfolio | | None | K | T | | | | | |
| 156. Interest Accumulation Portfolio | | None | M | T | | | | | |
| 157. 529 #4 (H) | | | | | | | | | |
| 158. Growth Stock Index Portfolio | | None | L | T | Sold (part) | 01/08/18 | J | | |
| 159. Value Stock Index Portfolio | | None | L | T | Sold (part) | 01/08/18 | J | | |
| 160. Inflation-Protected Securities Portfolio | | None | K | T | | | | | |
| 161. Interest Accumulation Portfolio | | None | L | T | | | | | |
| 162. Teachers Retirement System of NY 403(b) (H) | | | | | | | | | |
| 163. Diversified Equity | | None | M | T | | | | | |
| 164. Stable Value | | None | M | T | | | | | |
| 165. International Equity | | None | L | T | | | | | |
| 166. Citibank Checking Account (H) | | None | K | T | | | | | |
| 167. Chase Checking Account (H) | | None | K | T | | | | | |
| 168. Estate #2 - Checking Account (H) | | | | | | | | | |
| 169. Chase Checking Account | | None | L | T | | | | | |
| 170. Brokerage #7 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CapitalSpring Direct Lending Partners, LP | B | Distribution | O | T | | | | | |
| 172. Brokerage #8 (H) | | | | | | | | | |
| 173. Alerian MLP ETF | | None | | | Sold | 03/20/18 | M | A | |
| 174. Baron Growth | B | Int./Div. | K | T | | | | | |
| 175. BBH Core Select N | | None | | | Sold | 12/07/18 | M | D | |
| 176. Berkshire Hathaway Inc Del B | | None | K | T | Sold (part) | 02/27/18 | J | D | |
| 177. Berkshire Hathaway Inc Del B | | | | | Sold (part) | 08/08/18 | J | D | |
| 178. Fidelity Contrafund | D | Int./Div. | L | T | | | | | |
| 179. Fidelity Low-Priced Stock Fund | C | Int./Div. | K | T | | | | | |
| 180. Royce Total Return Fund | C | Int./Div. | K | T | | | | | |
| 181. Salient MLP & Energy Infrastructure I | D | Int./Div. | M | T | Buy (add'l) | 03/20/18 | M | | |
| 182. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | M | T | | | | | |
| 183. SPDR S&P 500 ETF | B | Int./Div. | L | T | | | | | |
| 184. SPDR S&P MidCap 400 ETF | A | Int./Div. | K | T | | | | | |
| 185. Tweedy Browne Global Value Fund | C | Int./Div. | K | T | | | | | |
| 186. IRA #7 | | | | | | | | | |
| 187. Aberdeen Emerging Markets Instl | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. BBH Core Select N | E | Int./Div. | L | T | Sold (part) | 09/13/18 | K | A | |
| 189. Carillon Reams Unconstrained Bond I | C | Int./Div. | M | T | | | | | |
| 190. First Eagle Global Inst CL I | E | Int./Div. | N | T | | | | | |
| 191. Salient MLP & Energy Infrastructure I | C | Int./Div. | L | T | | | | | |
| 192. IRA #8 | | | | | | | | | |
| 193. BBH Core Select N | E | Int./Div. | L | T | Sold (part) | 09/13/18 | J | A | |
| 194. Carillon Reams Unconstrained Bond I | B | Int./Div. | L | T | | | | | |
| 195. First Eagle Global Inst CL I | C | Int./Div. | L | T | | | | | |
| 196. Trust #3 (H) | | | | | | | | | |
| 197. BBH Core Select N | | None | | | Sold | 07/11/18 | J | B | |
| 198. Blackrock Global Allocation | | None | | | Sold | 10/24/18 | J | A | |
| 199. Blackrock Strategic Muni | A | Int./Div. | K | T | | | | | |
| 200. DWS Intermediate Tax Free Fund Instl | | None | | | Sold | 10/10/18 | J | A | |
| 201. Fidelity 500 Index Fund | A | Int./Div. | J | T | Sold (part) | 08/13/18 | J | C | |
| 202. Fidelity Contrafund | B | Int./Div. | K | T | Sold (part) | 08/13/18 | J | C | |
| 203. Fidelity Low priced stock | | None | | | Sold | 07/11/18 | J | B | |
| 204. Fidelity MMkt Prem | | | | | Buy | 02/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 02/15/18 | J | | |
| 206. | | | | | Sold (part) | 12/17/18 | J | | |
| 207. Fidelity Tax Exempt Mmkt FD Premium | A | Int./Div. | K | T | Buy (add'l) | 11/09/18 | L | | |
| 208. | | | | | Sold (part) | 12/17/18 | J | | |
| 209. | | | | | Sold (part) | 12/21/18 | J | | |
| 210. Fidelity Total Market Index Fund | A | Int./Div. | J | T | Sold (part) | 08/13/18 | J | B | |
| 211. Fidelity Treasury Money Market Fund | A | Int./Div. | J | T | | | | | |
| 212. Glenmede Large Cap Core | A | Int./Div. | J | T | Sold (part) | 08/13/18 | J | B | |
| 213. iShares iBoxx Investment Grade | | None | | | Sold | 02/16/18 | J | A | |
| 214. SPDR S&P 500 ETF Trust Unit Ser 1 S&P | A | Int./Div. | J | T | | | | | |
| 215. SPDR S&P 500 MidCap 400 ETF Tr UTSER1 | A | Int./Div. | J | T | Sold (part) | 08/14/18 | J | B | |
| 216. SPDR SER TR SPDR Bloomberg | A | Int./Div. | J | T | Buy (add'l) | 10/17/18 | J | | |
| 217. Vanguard Intermediate Tax Exempt Admiral | A | Int./Div. | J | T | Sold (part) | 07/11/18 | J | A | |
| 218. | | | | | Sold (part) | 07/11/18 | J | A | |
| 219. Trust #4 (H) | | | | | | | | | |
| 220. Chase Checking Account | | None | J | T | | | | | |
| 221. UTMA #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. First Trust Dow Jones Internet Index | | None | J | T | | | | | |
| 223. JPMorgan Strategic Income Opportunities Fund I Class | A | Int./Div. | J | T | | | | | |
| 224. Schwab Government Money Fund | A | Int./Div. | J | T | | | | | |
| 225. SPDR Bloomberg Barclays 1-3 Month T-Bill ETF | A | Int./Div. | J | T | | | | | |
| 226. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | J | T | | | | | |
| 227. Trust #5 (H) | A | Int./Div. | J | T | | | | | |
| 228. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy (add'l) | 01/12/18 | J | | |
| 229. BBH Core Select N | D | Int./Div. | K | T | | | | | |
| 230. Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 231. BlackRock Strategic Income Opps Instl | A | Int./Div. | K | T | | | | | |
| 232. Carillon Reams Unconstrained Bond I | A | Int./Div. | K | T | Buy (add'l) | 01/12/18 | K | | |
| 233. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 234. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | K | T | | | | | |
| 235. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 236. FPA Crescent | C | Int./Div. | K | T | | | | | |
| 237. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 238. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. JPMorgan Strategic Income Opportunities Fund I Class | B | Int./Div. | K | T | Buy (add'l) | 01/12/18 | K | | |
| 240. New York Go Bds Ser 2009-F1 4.5% 11/15/2018 | | None | | | Sold | 11/15/18 | J | A | |
| 241. New York Go Bds Ser D 5% 08/01/2018 | | None | | | Sold | 08/01/18 | J | A | |
| 242. New York St. Twy Auth St Pers Income Tax 5% 03/15/2018 | | None | | | Sold | 03/15/18 | J | A | |
| 243. Onondaga Cnty Ny Go Bds Ser 2009A 4% 03/01/2019 | A | Int./Div. | J | | | | | | |
| 244. Onondaga Cnty Ny Go Bds Ser 2012 5% 05/01/2018 | | None | | | Sold | 05/01/18 | J | A | |
| 245. Salient MLP & Energy Infrastructure I | B | Int./Div. | K | | | | | | |
| 246. Templeton Global Bond Fund Advisor Class | A | Int./Div. | J | | | | | | |
| 247. WCM Focused International Growth Instl | B | Int./Div. | K | | Buy (add'l) | 01/12/18 | J | | |
| 248. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | | Buy (add'l) | 01/02/18 | J | | |
| 249. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | | Buy (add'l) | 01/02/18 | J | | |
| 250. Trust #6 (H) | | | | | | | | | |
| 251. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy (add'l) | 01/12/18 | J | | |
| 252. BBH Core Select N | E | Int./Div. | K | T | | | | | |
| 253. Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 254. BlackRock Strategic Income Opps Instl | A | Int./Div. | K | T | | | | | |
| 255. Carillon Reams Unconstrained Bond I | A | Int./Div. | K | T | Buy (add'l) | 01/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 257. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | K | T | | | | | |
| 258. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 259. FPA Crescent | C | Int./Div. | K | T | | | | | |
| 260. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 261. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 262. JPMorgan Strategic Income Opportunities Fund I Class | B | Int./Div. | K | T | Buy (add'l) | 01/12/18 | K | | |
| 263. New York Go Bds Ser 2009-F1 4.5% 11/15/2018 | | None | | | Sold | 11/15/18 | J | A | |
| 264. New York Go Bds Ser D 5% 08/01/2018 | | None | | | Sold | 08/01/18 | J | A | |
| 265. New York St. Twy Auth St Pers Income Tax 5% 03/15/2018 | | None | | | Sold | 03/15/18 | J | A | |
| 266. Onondaga Cnty Ny Go Bds Ser 2009A 4% 03/01/2019 | A | Int./Div. | J | T | | | | | |
| 267. Onondaga Cnty Ny Go Bds Ser 2012 5% 05/01/2018 | | | | | Sold | 05/01/18 | J | A | |
| 268. Salient MLP & Energy Infrastructure I | B | Int./Div. | K | T | | | | | |
| 269. Templeton Global Bond Fund Advisor Class | A | Int./Div. | J | T | | | | | |
| 270. WCM Focused International Growth Instl | B | Int./Div. | K | T | Buy (add'l) | 01/12/18 | J | | |
| 271. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |
| 272. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Brokerage #9 (H) | | | | | | | | | |
| 274. JPMorgan Strategic Income Opportunities Fund I Class | A | Int./Div. | J | T | | | | | |
| 275. Schwab Government Money Fund | A | Int./Div. | J | T | | | | | |
| 276. SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Int./Div. | J | T | | | | | |
| 277. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | J | T | | | | | |
| 278. Brokerage #10 | | | | | | | | | |
| 279. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 280. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 281. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 282. Templeton Global Bond Fund Advisor Class | B | Int./Div. | K | T | | | | | |
| 283. WCM Focused International Growth Instl | A | Int./Div. | J | T | | | | | |
| 284. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |
| 285. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | J | T | Buy (add'l) | 01/02/18 | J | | |
| 286. Brokerage #11 (H) | | | | | | | | | |
| 287. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 288. Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 289. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 291. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re. Part II, Agreements - "2009 WilmerHale partnership agreement re. interest earned on retained capital of former partners (y)".
This agreement was disolved in mid-December, 2014.  It is no longer in force, and will not be listed on future Financial Disclosure Reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Engelmayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544